# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR163 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MIGUEL ANGEL CORREA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte.*

Following an interlocutory appeal to the United States Court of Appeals for the Eighth Circuit, the appellate mandate was filed in this matter on September 14, 2011. In order to provide the parties with sufficient time to prepare their case for trial, the court set trial of this matter on October 17, 2011. The court finds this setting outweighs the best interest of the public and the defendant in a speedy trial. The failure to provide this additional time to prepare for trial might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

**IT IS SO ORDERED.**

DATED this 16th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge